PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0645 2:20CR20513

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Laron Darnell Coleman | Eastern District of Michigan | Detroit |

NAME OF SENTENCING JUDGE

Honorable Anthony P. Patti

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 3/9/2021 | 6/8/2022 |

**OFFENSE**
Count 1: 19 U.S.C.§ 1433 - Report of Arrival Of Vessels - Vehicle - And Aircraft

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___MICHIGAN___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Ohio___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

05/10/2021 — Date

s/Anthony P. Patti — *United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/4/21 — *Effective Date*

*United States District Judge*