UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case: 2:20−cr−20513
Assigned To : Cox, Sean F.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/27/2020
Description: INFO USA V. COLEMAN (NA)

-vs-

D-1 Laron D. COLEMAN

        Defendant.
_____/

Violation: 19 U.S.C. § 1433(b)(2)(B)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

### (19 U.S.C. § 1433 – *REPORT OF ARRIVAL OF VESSELS, VEHICLES, AND AIRCRAFT*)

D-1 Laron D. COLEMAN

On or about January 22, 2020, in the Eastern District of Michigan, Southern Division, the defendant, **Laron D. COLEMAN**, willfully and knowingly did not present a vehicle, and all persons and merchandise on board, for inspection, to a customs officer at the customs facility

designated at the Detroit Ambassador bridge, in violation of Title 19 U.S.C. § 1433(b)(2)(B); 19 U.S.C. § 1436(c); and, Title 18 U.S.C. § 2.

MATTHEW SCHNEIDER
United States Attorney

s/MICHAEL C. MARTIN
Assistant U.S. Attorney
Chief, National Security Unit

s/C. BARRINGTON WILKINS
Assistant U.S. Attorney
211 W. Fort Street, Suite #2001
Detroit, MI 48226
barrington.wilkins@usdoj.gov

DATE: October 27, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>20-20513 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Laron D. Coleman    AUSA's Initials: s/BW

**County where offense occurred:** Wayne

**Check One:**  ☐ Felony    ☒ Misdemeanor    ☐ Petty

____ Indictment/____ Information --- **no** prior complaint.
____ Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 20-mj-30040  ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 27, 2020
Date

s/Barrington Wilkins
Barrington Wilkins
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9621
Fax: (313) 226-4678
E-Mail address: barrington.wilkins@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.